1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY HARDY, | Case No. CV 08-170 DDP(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MIKE KNOWLES, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report and Recommendation") and Petitioner's objections to the Amended Report and Recommendation ("Objections").  The Court has further made a de novo determination of those portions of the Amended Report and Recommendation to which objection is made.  The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

1  IT IS HEREBY ORDERED that Respondent's Motion to Dismiss be granted
2 and that Judgment be entered denying the Petition and dismissing this action with
3 prejudice.
4  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
5 Amended Report and Recommendation, and the Judgment herein on Petitioner and
6 on counsel for Respondent.
7  LET JUDGMENT BE ENTERED ACCORDINGLY.

9  DATED: June 8, 2009

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE