UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRY HARDY, | ) | Case No. CV 08-170 DDP(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MIKE KNOWLES, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, and this action is dismissed with prejudice.

DATED: June 8, 2009

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE